■ In the Matter of BILLY MARTINEZ et al., Persons Alleged to be Juvenile Delinquents, Respondents. APOLONIO ECHEVARRIA, Appellant. — Appeal from judgment, Supreme Court, Bronx County (Hecht, J.), entered on September 30, 1981, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Carro, J. P., Lupiano, Silverman, Bloom and Asch, JJ.